# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

v.                              No. 4:20-cr-6-DPM

**WILTON D. WAMPLER**                                                **DEFENDANT**

## ORDER

Motion to reduce sentence, *Doc. 31*, denied. The amendments proposed by the Sentencing Commission are not final. Congress may reject them. The motion, as Wampler appears to recognize, is premature. 18 U.S.C. § 3582(c)(2). Regardless, a reduction would not be warranted. The sentence imposed was two years and five months below the low end of the guidelines range. All material things considered, that is the just and fair sentence in this case. 18 U.S.C. § 3553(a).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 July 2023